UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:12-CV-00127-BR

| | | |
|---|---|---|
| FRANK BRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| FED EX OFFICE MANAGER ALEX | ) | |
| HANSEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the 25 February 2013 Memorandum and

Recommendation ("M&R") of Magistrate Judge James E. Gates recommending that this action

be dismissed because the complaint fails to state a claim upon which relief may be granted.

Plaintiff has not filed objections to the M&R. The court ADOPTS the M&R as its own.

Accordingly, this case is DISMISSED, and the CLERK is DIRECTED to close the case.

This 22 March 2013.


_____
W. Earl Britt
Senior U.S. District Judge