UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Frank Brett, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Fed Ex Office, Jo Ann Fabrics, ) | |
| City of Orlando, FL Police Department ) | |
| Officer James Strawn, U.S. Customs Officers ) | |
| Ken Brett and Peter Cooper and Dottle, ) | |
| Richard, Marion, Ricky and Caroline Gertz Family, ) | |
| Unknown White Woman Florida Plate (Black Hat) ) | No. 5:12-CV-127-BR |
| Inglesses Evangelical Church, Robert Lauff ) | |
| and male cousin Lauff, Mr. Herman their cousin ) | |
| and Mike Ugler of Trinity Lutheran Church, ) | |
| Pastor Tyrone Gilliam Saint Peter Chruch and ) | |
| his 2 Friends, Harry Shreffler, Jim Lyons, ) | |
| John Lyons, Red head cousin from Roxboro, PA, ) | |
| Denise O'Donnel, Felicia Bruno, David Hilne ) | |
| Law Firm with Bill Shultz and David Bell ) | |
| and their Rabbies ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**

This matter is before Senior United States District Judge W. Earl Britt on the 25 February 2013 Memorandum and Recommendation of U.S. Magistrate Judge James E. Gates.

**IT IS ORDERED, ADJUDGED AND DECREED** that the court ADOPTS the Memorandum and Recommendation as its own. Accordingly, this case is DISMISSED, and the CLERK is DIRECTED to close the case.

**This judgment filed and entered on March 22, 2013, and served on:**

Frank Brett (via US Mail at PO Box 2511, Philadelphia, PA 19148)


March 22, 2013                                    /s/ Julie A. Richards,
                                                              Clerk of Court